[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10295
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 27, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:09-cv-01903-RAL-TGW

DAVID O'REAR,
a.k.a. David Chris O'Rear,

Plaintiff - Counter
Defendant - Appellant,

versus

GREENWICH INSURANCE COMPANY,

Defendant - Counter
Claimant - Appellee,

RE/MAX PROPERTIES,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 27, 2011)

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

This appeal challenges the summary judgment entered in favor of the appellee, Greenwich Insurance Company. We affirm the ruling of the district court for the reasons set forth in its ORDER dated November 23, 2010.

AFFIRMED.